**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**November 17, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————

No. 05-10940
Summary Calendar

—————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PAULA LUMMUS FORT

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CR-1-2
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:*

Paula Lummus Fort appeals from her conviction of conspiracy
to obtain funds by fraud. Fort was involved in the criminal
activities orchestrated by former Kennedale, Texas, Police Chief
David Geeslin. See United States v. Geeslin, 447 F.3d 408 (5th
Cir. 2006).

Fort argues, contrary to our holding in Geeslin, that
Officer Gary Cooper was not a victim of Geeslin's activities for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

purposes of calculating the amount of loss pursuant to U.S.S.G. § 2B1.1.  Fort's argument is foreclosed by <u>Geeslin</u>.

Fort argues for the first time on appeal that Cooper was not a victim of her criminal conduct and that she was as much a victim of Geeslin's conduct as Cooper was.  Fort's contentions implicate factual determinations that could have been made by the district court upon proper objection; Fort has not demonstrated plain error.  <u>See</u> <u>United States v. Lopez</u>, 923 F.2d 47, 50 (5th Cir. 1991).

AFFIRMED.